JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MAUREEN C. BESSETTE (NYSBN 2468254)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, CA, 94612
    Telephone: (510) 637-3691
    Facsimile:  (510) 637-3724
    E-mail: maureen.bessette@usdoj.gov

Attorneys for United States of America

**FILED**

NOV 1 6 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD BAREKZIA,<br><br>    Defendant. | No. CR09-01064 PJH<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER EXCLUDING TIME |

The above-captioned matter was on before the Honorable Nandor Vadas today, November 13, 1009, for arraignment. The parties agree and stipulate that time shall be excluded from today to December 16, 2009, for effective preparation pursuant to 18 U.S.C. §

///
///
///
///
///
///
///

STIPULATION

1  3161(h)(8)(A) and (B)(iv) in order for the defense to review discovery. It is so stipulated.

2

3  DATED: 11/16/09

                                  /s/
                                  GAIL CAMPBELL, ESQ.
                                  Counsel for Richard Barekzia

4

5  DATED: 11/13/2009

                                  /s/
                                  MAUREEN C. BESSETTE
                                  Assistant U.S. Attorney

6

7  SO ORDERED

8  11/16/2009

                                  HONORABLE JOHN JELDERKS
                                  FOR THE HONORABLE NANDOR VADAS
                                  United States Magistrate Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION                               2