BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant BAREKZIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD BAREKZIA,<br><br>    Defendant. | No. CR-09-1064-PJH<br><br>STIPULATION TO CONTINUE; ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

  IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS HEARING date of June 17, 2010 presently scheduled at 10:00 a.m., before the Honorable Donna M. Ryu, be vacated and re-set for July 1, 2010 at 9:30 a.m. before Magistrate Judge Maria-Elena James in San Francisco for TRIAL/MOTIONS SETTING OR CHANGE OF PLEA.

  The reason for this request is that defense counsel is currently reviewing, organizing and investigating approximately 12,000 pages of discovery. This case involved numerous witnesses and numerous complicated and relevant financial transactions. The defense needs additional time to prepare its case. Additionally, Mr. Barekzia's health has impeded his ability to meet with defense counsel. Because of health problems, scheduled attorney-client meetings have been

1  rescheduled on several occasions.  Also, both counsel wish to meet and exchange information in

2  the hopes of resolving the case prior to requesting a motions or trial date.

3        The parties agree and stipulate that the time until July 1, 2010 should be excluded, under

4  18 U.S.C. §3161(h)(7)(A) because the ends of justice served by the granting of the continuance

5  outweigh the bests interests of the public and the defendant in a speedy and public trial. The

6  continuance is necessary to accommodate defense counsel's preparation efforts in a case

7  involving a voluminous amount of discovery.

8  Date   6/16/10      /s/
    John Paul Reichmuth
9      Assistant Federal Public Defender
    Counsel for defendant BAREKZIA

10

11

12  Date   6/16/10      /s/
    Maureen Bessette
13      Assistant United States Attorney

14

15  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.   /S/ John Paul Reichmuth
    Counsel for Defendant Barekzia

16

17

18

19

20

21

22

23

24

25

26

1

2                                            ORDER

3       The court finds that the ends of justice served by the granting of the continuance

4 outweigh the bests interests of the public and the defendant in a speedy and public trial. The

5 continuance is necessary to accommodate counsel's preparation efforts given that this case

6 involves approximately 12,000 pages of discovery to review, organize, and investigate, as well

7 as numerous witnesses and complicated financial transactions.  The defendant's health issues

8 require that additional time be given for preparation of counsel, and the attorneys intend to meet

9 and exchange information in an attempt to resolve this case.  Based on these findings, IT IS

10 HEREBY ORDERED THAT the above-captioned matter is continued to July 1, 2010 at 9:30

11 a.m. before Hon. Maria-Elena James in San Francisco, and that time is excluded from June 17,

12 2010 until July 1, 2010 pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv).

13       IT IS SO ORDERED.

16  6/16/2010
    Date                                                    HON. DONNA M. RYU
17                                                          UNITED STATES MAGISTRATE JUDGE