1 | BARRY J. PORTMAN
Federal Public Defender
2 | JOHN PAUL REICHMUTH
Assistant Federal Public Defender
3 | 555 - 12th Street
Suite 650
4 | Oakland, CA 94607-3627
Telephone: (510) 637-3500
5
Counsel for Defendant BAREKZIA
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         )    No. CR-09-1064-PJH
                                       )
12 |                  Plaintiff,       )    AMENDED STIPULATION TO
                                       )    CONTINUE; [PROPOSED] ORDER
13 | vs.                               )    CONTINUING CASE AND EXCLUDING
                                       )    TIME UNDER THE SPEEDY TRIAL ACT
14 | RICHARD BAREKZIA,                 )
                                       )
15 |                  Defendant.       )
    |_____   )
16

17        IT IS HEREBY STIPULATED, by and between the parties to this action, that the

18 STATUS HEARING date of June 17, 2010 presently scheduled at 10:00 a.m., before the

19 Honorable Donna M. Ryu, be vacated and re-set for July ~~8,~~ 16, 2010 at 9:30 a.m. before the

20 Honorable Laurel Beeler for TRIAL/MOTIONS SETTING OR CHANGE OF PLEA.

21        The reason for this request is that defense counsel is currently reviewing, organizing and

22 investigating approximately 12,000 pages of discovery.  This case involved numerous witnesses

23 and numerous complicated and relevant financial transactions.  The defense needs additional

24 time to prepare its case.  Additionally, Mr. Barekzia's health has impeded his ability to meet with

25 defense counsel.  Because of health problems, scheduled attorney-client meetings have been

26 rescheduled on several occasions.  Also, both counsel wish to meet and exchange information in

1  the hopes of resolving the case prior to requesting a motions or trial date.

2        The parties agree and stipulate that the time until July 8, 2010 [16] should be excluded, under

3  18 U.S.C. §3161(h)(7)(A) because the ends of justice served by the granting of the continuance

4  outweigh the bests interests of the public and the defendant in a speedy and public trial. The

5  continuance is necessary to accommodate defense counsel's preparation efforts in a case

6  involving a voluminous amount of discovery.

7                                               /s/  
   Date   6/18/10                        John Paul Reichmuth

8                                               Assistant Federal Public Defender  
                                             Counsel for defendant BAREKZIA

9

10

11                                             /s/  
   Date   6/18/10                        Maureen Bessette

12                                               Assistant United States Attorney

13

14        I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.      /S/ John Paul Reichmuth  
                                                             Counsel for Defendant Barekzia

15

16

17

18

19

20

21

22

23

24

25

26

1                               ORDER

2          The court finds that the ends of justice served by the granting of the continuance

3  outweigh the bests interests of the public and the defendant in a speedy and public trial. The

4  continuance is necessary to accommodate counsel's preparation efforts given that this case

5  involves approximately 12,000 pages of discovery to review, organize, and investigate, as well as

6  numerous witnesses and complicated financial transactions.  The defendant's health issues

7  require that additional time be given for preparation of counsel, and the attorneys intend to meet

8  and exchange information in an attempt to resolve this case.  Based on these findings, IT IS

9  HEREBY ORDERED THAT the above-captioned matter is continued to July ~~8~~ 16, 2010 at 9:30

10 a.m. before the Hon. Laurel Beeler, and that time is excluded from June 17, 2010 until July ~~8,~~ 16

11 2010 pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv).

12         IT IS SO ORDERED.

15 June 22, 2010
   Date                                           HON. DONNA M. RYU
16                                                UNITED STATES MAGISTRATE JUDGE