1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant BAREKZIA
6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. CR-09-1064-PJH
                                    )
12              Plaintiff,          )   AMENDED STIPULATION TO
                                    )   CONTINUE; [PROPOSED] ORDER
13 vs.                              )   CONTINUING CASE AND EXCLUDING
                                    )   TIME UNDER THE SPEEDY TRIAL ACT
14 RICHARD BAREKZIA,                )
                                    )
15              Defendant.          )
   _____)
16

17        IT IS HEREBY STIPULATED, by and between the parties to this action, that the

18 STATUS HEARING date of July 16, 2010 presently scheduled at 10:00 a.m., before the

19 Honorable Laurel Beeler, be vacated and re-set for July 28, 2010 at 10:00 a.m. before the

20 Honorable Donna M. Ryu for TRIAL/MOTIONS SETTING OR CHANGE OF PLEA.

21        The reason for this request is that defense counsel is currently reviewing, organizing and

22 investigating approximately 12,000 pages of discovery. This case involved numerous witnesses

23 and numerous complicated and relevant financial transactions. The defense needs additional

24 time to prepare its case. Additionally, Mr. Barekzia's health has impeded his ability to meet

25 with defense counsel. Because of health problems, scheduled attorney-client meetings have been

26 rescheduled on several occasions. Also, both counsel wish to meet and exchange information in

1  the hopes of resolving the case prior to requesting a motions or trial date.  Additionally, defense
2  counsel has been out of the office on family-related leave between the dates of July 1 and July
3  15.
4        The parties agree and stipulate that the time until July 28, 2010 should be excluded,
5  under 18 U.S.C. §3161(h)(7)(A) and (B)(iv) because the ends of justice served by the granting of
6  the continuance outweigh the bests interests of the public and the defendant in a speedy and
7  public trial. The continuance is necessary to accommodate defense counsel's preparation efforts
8  in a case involving a voluminous amount of discovery, as well as continuity of counsel.

9  Date   7/15/10                              /s/
                                               John Paul Reichmuth
10                                             Assistant Federal Public Defender
                                               Counsel for defendant BAREKZIA

13  Date   7/15/10                             /s/
                                               Maureen Bessette
14                                             Assistant United States Attorney

16      I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.        /S/ JOHN PAUL REICHMUTH

ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial and that failure to grant a continuance would unreasonably deny defense counsel the adequate time for effective preparation, given the exercise of due diligence. The continuance is necessary to accommodate counsel's preparation efforts given that this case involves approximately 12,000 pages of discovery to review, organize, and investigate, as well as numerous witnesses and complicated financial transactions.  The defendant's health issues require that additional time be given for preparation of counsel, and the attorneys intend to meet and exchange information in an attempt to resolve this case.  Defense counsel has been out of the office for two weeks in July due to family leave.  Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to July 28, 2010 at 10:00 a.m. before the Hon. Donna M. Ryu, and that time is excluded from July 15, 2010 until July 28, 2010 pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

July 16, 2010
Date

LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE