BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant BAREKZIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-1064-PJH |
| Plaintiff, | AMENDED STIPULATION TO CONTINUE; ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | |
| RICHARD BAREKZIA, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS HEARING date of July 28, 2010 presently scheduled at 10:00 a.m., before the Honorable Donna M. Ryu, be vacated and re-set for August 11, 2010 at 10:00 a.m. before the Oakland Duty Magistrate for TRIAL/MOTIONS SETTING OR CHANGE OF PLEA.

The reason for this request is that defense counsel is currently reviewing, organizing and investigating approximately 12,000 pages of discovery. This case involved numerous witnesses and numerous complicated and relevant financial transactions. The defense needs additional time to prepare its case. Additionally, Mr. Barekzia's health has impeded his ability to meet with defense counsel. Because of health problems, scheduled attorney-client meetings have been rescheduled on several occasions. Also, both counsel wish to meet and exchange information in

the hopes of resolving the case prior to requesting a motions or trial date.  Additionally, defense counsel was been out of the office on family-related leave between the dates of July 1 and July 19, 2010.

The parties agree and stipulate that the time until August 11, 2010 should be excluded, under 18 U.S.C. §3161(h)(7)(A) and (B)(iv) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate defense counsel's preparation efforts in a case involving a voluminous amount of discovery, as well as continuity of counsel.

Date   7/27/10                                    /s/
                                                  John Paul Reichmuth
                                                  Assistant Federal Public Defender
                                                  Counsel for defendant BAREKZIA


Date   7/27/10                                    /s/
                                                  Maureen Bessette
                                                  Assistant United States Attorney


I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.           /S/ JOHN PAUL REICHMUTH

ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts given that this case involves approximately 12,000 pages of discovery to review, organize, and investigate, as well as numerous witnesses and complicated financial transactions.  The defendant's health issues require that additional time be given for preparation of counsel, and the attorneys intend to meet and exchange information in an attempt to resolve this case.  Defense counsel has been out of the office for two weeks in July due to family leave.  Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to August 11, 2010 at 10:00 a.m. before the Oakland Duty Magistrate, and that time is excluded from July 28, 2010 until August 11, 2010 pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

 7/28/2010
Date

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE