|  |  |
|---|---|
| United States of America,      ) | |
|                                 ) | |
|           Plaintiff,            ) | |
|                                 ) | |
|     v.                          ) | No. CR-09-1064-DLJ |
|                                 ) | |
| RICHARD BAREKZIA,               ) | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
|                                 ) | |
|           Defendant.            ) | |

The Court has reviewed Magistrate Judge Ryu's Report and Recommendation Regarding Guilty Plea and adopts the Recommendation in every respect.

Accordingly, Defendant Richard Barekzia's plea of guilty is accepted by the Court as to Counts One through Six of the Indictment charging Defendant Barekzia with violation of 18 U.S.C §1349, Conspiracy to Commit Bank Fraud and 18 U.S.C. § 1344(1), Bank Fraud. Sentencing is set for January 28, 2011 at 10:00am before the Honorable D. Lowell Jensen.

The previously set sentencing date of January 12, 2011 at 2:30PM is vacated. The Defendant is referred to the U.S. Probation Office for preparation of a Presentence Report.

IT IS SO ORDERED.

Dated: October 22, 2010            _____
                                   D. Lowell Jensen
                                   United States District Judge