1   BARRY J. PORTMAN
    Federal Public Defender
2   ELLEN V. LEONIDA
    Assistant Federal Public Defender
3   555 - 12th Street, Suite 650
    Oakland, CA 94607-3627
4   Telephone:  (510) 637-3500
    Facsimile: (510) 637-3507
5   ellen_leonida@fd.org

6   Counsel for Defendant
    RICHARD BAREKZIA
7

8

9                  UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
10                    OAKLAND DIVISION

11

12  UNITED STATES OF AMERICA,            CR 09-01064 DLJ

13             Plaintiff,                STIPULATION TO CONTINUANCE
                                         OF SENTENCING; ORDER
14        v.

15  RICHARD BAREKZIA,

16             Defendant.

17

18        IT IS HEREBY STIPULATED, by and between the parties to this action, that the presently

19  scheduled sentencing date of January 28, 2011 at 10:00 a.m., before the Hon. D. Lowell Jensen, be

20  vacated and that sentencing be re-set for February 18, 2011 at 10:00 a.m.

21        The reason for this request is that Ellen Leonida, the undersigned Assistant Federal Public

22  Defender, will be engaged in a jury trial in the matter of United States v. Darius Jordan (CR 10-

23  00669 WHA) beginning January 26, 2011.

24

25

26

1

Date: January 10, 2011                    _____/s/_____

2                                         Ellen V. Leonida
                                          Assistant Federal Public Defender
3                                         Counsel for defendant RICHARD BAREKZIA

4

5

Date: January 12, 2011                    _____/s/_____

6                                         Maureen C. Bessette
                                          Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

ORDER

2
      The court finds that the requested continuance is necessary for continuity of counsel. Based

3
on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to

4
February 18, 2011 at 10:00 a.m., before the Honorable D. Lowell Jensen.

5
      IT IS SO ORDERED.

6

7
<u>    January 11, 2011    </u>
Date

8
HON. D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26